```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02701
   ROXANNE C SIMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6677


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/17/2006 and was confirmed 06/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE             SECURED             1460.00          85.04          67.17
ARONSON FURNITURE             UNSECURED            459.06            .00            .00
CENTRIX FINANCIAL LLC         SECURED            14842.62         916.00         455.21
CENTRIX FINANCIAL LLC         UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE      PRIORITY          NOT FILED            .00            .00
ASSET ACCEPTANCE LLC          UNSECURED         NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC      UNSECURED            505.40            .00            .00
CENTRIX FINANCIAL             UNSECURED         NOT FILED            .00            .00
COLLECTION CENTER             UNSECURED            120.00            .00            .00
CPSI SECURITY                 UNSECURED         NOT FILED            .00            .00
CREDIT PROTECTION ASSOCI      UNSECURED         NOT FILED            .00            .00
DEBT CREDIT SERVICES          UNSECURED         NOT FILED            .00            .00
DEPENDON COLLECTION SERV      UNSECURED         NOT FILED            .00            .00
ILLINOIS DEPT EMPLOYMENT      UNSECURED         NOT FILED            .00            .00
PREMIER BANCARD CHARTER       UNSECURED            414.80            .00            .00
HARRIS                        UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SERV      UNSECURED         NOT FILED            .00            .00
MCI                           UNSECURED         NOT FILED            .00            .00
MUTL H CLCTN                  UNSECURED         NOT FILED            .00            .00
NCO MEDCLR                    UNSECURED         NOT FILED            .00            .00
NICOR GAS                     UNSECURED         NOT FILED            .00            .00
NORTH SHORE AGENCY            UNSECURED         NOT FILED            .00            .00
RMI/MCSI                      UNSECURED            150.00            .00            .00
TRS SERVICES                  UNSECURED         NOT FILED            .00            .00
TRUELOGIC FINANCIAL CORP      UNSECURED         NOT FILED            .00            .00
WOLPOFF & ABRAMSON            UNSECURED         NOT FILED            .00            .00
KOMYATTE & FREELAND           UNSECURED            286.00            .00            .00
NATIONAL CAPITAL MGMT LL      UNSECURED            388.21            .00            .00
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY       2,350.20                           .00
TOM VAUGHN                    TRUSTEE                                            76.58
DEBTOR REFUND                 REFUND                                               .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 02701 ROXANNE C SIMS
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 1,600.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | 522.38        |
| INTEREST             |           | 1,001.04      |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | .00           |
| TRUSTEE COMPENSATION |           | 76.58         |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 1,600.00  | 1,600.00      |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE